Manlove *v.* McDermott, Appellant.

Argued April 28, 1932. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY and DREW, JJ.

*Bernard J. Kelley,* for appellant.

*David H. Frantz,* with him *Drinker, Biddle & Reath,* for appellee, were not heard.

Per Curiam, May 26, 1932:
The order appealed from is affirmed on the opinion of the Superior Court.